NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| BOARD OF TRUSTEES, LOCAL 888 PENSION FUND, *Plaintiff,* v. FIXTURE HARDWARE MFG. CORP., *Defendant.* | Civil Action No. 16-8629 **ORDER** |

**John Michael Vazquez, U.S.D.J.**

For the reasons set forth in the accompanying Opinion, and for good cause shown,

IT IS on this 22nd day of August, 2017,

**ORDERED** that Plaintiff's motion for default judgment (D.E. 14) is **GRANTED IN PART** and **DENIED IN PART** without prejudice; and it is further

**ORDERED** that judgment is entered in favor of Plaintiff on all counts of the Complaint; and it is further

**ORDERED** that Plaintiff is awarded $2,120,057.15 in damages consisting of:

- $1,699,833.00 in principal withdrawal liability;
- $79,124.74 in prejudgment interest accrued through March 13, 2017;
- $339,966.60 in liquidated damages;
- $1,132.81 in costs; and

- $277.65 in prejudgment interest per day from March 14, 2017 through the date of this Order; and it is further

**ORDERED** that Plaintiff is entitled to post-judgment interest accruing from the date of this Order at the appropriate rate pursuant to 28 U.S.C. § 1961; and it is further

**ORDERED** that Plaintiff's request for attorneys' fees is **DENIED**; within fourteen days of this Order, Plaintiff may submit a supplemental declaration sufficiently describing the tasks performed to substantiate the $16,108.00 requested in attorneys' fees; and it is further

**ORDERED** that within thirty days, Defendant shall provide to Plaintiff a complete list of each trade or business under "common control" with Defendant, as defined by 29 U.S.C. § 1399(a); and it is further

**ORDERED** that Plaintiff shall serve this Order and the accompanying Opinion on Defendant within ten days.

_____
John Michael Vazquez, U.S.D.J.